Date: 11/20/09

DIVIDENDS REMITTED TO THE COURT

Page: 1

Check Number 1016 Dated 11/20/09
Case Number 08-34957 - SNOBLEN, TIMOTHY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation For Capital Recovery II As Assignee of GE Capital - JC Penney Co 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | 000001 | 350.34 | 1.89 |
| ---------- Remittance Total ---------- | | 350.34 | 1.89 |

Michael A. Mason, Trustee